**Freddie J. KELLY, Plaintiff-Appellant,**

v.

**SUNTRUST BANK; Equifax Information Services, LLC; Experian; Transunion, Defendants-Appellees.**

**No. 16-1310**

United States Court of Appeals, Fourth Circuit.

Submitted: October 31, 2016

Decided: December 2, 2016

Freddie J. Kelly, Appellant Pro Se. Terry Catherine Frank, Kaufman & Canoles, PC, Richmond, Virginia; John Willard Montgomery, Jr., Montgomery & Simpson, LLP, Richmond, Virginia; Jennifer Loraine Swize, Jones Day, Washington, D.C.; Paul L. Myers, Strasburger & Price, LLP, Frisco, Texas; Michael R. Ward, Morris & Morris, Richmond, Virginia, for Appellees.

Before KING, SHEDD, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie J. Kelly appeals the district court's order granting Defendants' motions for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. SunTrust Bank, No. 3:14–cv–00121–JAG, 2016 WL 775781 (E.D. Va. Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED